In the Matter of the Arbitration between DIAMOND EXCHANGE, INC., Appellant, and H. A. LEVANNE CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

∎

ISABEL G. LIPPSTADT et al., Respondents, v. 240 CENTRAL PARK SOUTH INCORPORATED, Appellant.— Judgment unanimously reversed, with costs to the appellant, and judgment is directed to be entered dismissing the complaint herein, with costs, upon the ground that there is no proof of notice nor any actionable negligence. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Dore, J. P., and Cohn, J., concur on the ground that no negligence was established.

∎

MARGARET A. SINGER et al., Appellants, v. ALEX J. SAVIK et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

∎

In the Matter of the Estate of CARL JENSEN, Deceased. JOHN T. MEEHAN, Public Administrator of Bronx County, as Administrator of the Estate of CARL JENSEN, Deceased, et al., Respondents; NORMA M. KRISTIANSEN, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

∎

FRANK MARSICOVETERE, Respondent, v. MELCHIORE LAURIA, Appellant; DOLORES PASSARELLA et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See post, p. 1019.]

∎

THERESA WALSH, as Administratrix of Estate of MICHAEL WALSH, Deceased, Appellant, v. ESTATE OF PHILIP SILVER, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

∎

LEWIS S. FLAGG, JR., Respondent, v. D. WARD NICHOLS, Individually and as Bishop of the First Episcopal District of the African Methodist Episcopal Church and as Presiding Officer of Each of the Conferences Comprised Thereunder, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [202 Misc. 1096.] [See post, p. 1020.]

∎

In the Matter of the Accounting of MARTIN D. JACOBS et al., as Executors of PAULINE KRUPP, Deceased, Respondents. PAUL KRUPP, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.